CATHARINE MCNEIL, Appellant, *v.* DANIEL HALL, Respondent.

*McNeil* v. *Hall*, 107 App. Div. 36, affirmed.
(Argued January 15, 1907; decided February 1, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 11, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial, and granted a new trial in an action for conversion.

*Moses Shire* and *Vernon Cole* for appellant.

*C. W. Stevens* and *Fred A. Robbins* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Not sitting: HISCOCK, J.